# FINANCIAL AFFIDAVIT

CJA 23
REV. 1/90

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | U.S. vs. Stanley, et al. | |
| | FOR AT: SEALED | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| John Manning | 1. ☑ Defendant—Adult | Magistrate: MJ04-m-248 JLA |
| | 2. ☐ Defendant—Juvenile | |
| | 3. ☐ Appellant | District Court |
| | 4. ☐ Probation Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) | ☑ Felony  ☐ Misdemeanor | Court of Appeals |
| | 5. ☐ Parole Violator | |
| | 6. ☐ Habeas Petitioner | |
| | 7. ☐ 2255 Petitioner | |
| | 8. ☐ Material Witness | |
| | 9. ☐ Other (Specify) | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

*(Wealthy client hasn't been paid)*

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed — part time PO Box 201
- Name and address of employer: McRiver Bros Const Co, Lexington, MA
- IF YES, how much do you earn per month? $600/wk
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month $_____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ NO

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT: $300 — 86 Ford

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Kevin — son — intermittent support

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | NO | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *John Manning*   Date: 11/9/04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.